IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| Shellie Lynne West Hodges as Personal Representative of the Estate of William Randolph West,<br><br>and<br><br>Gayla West, Individually, as Permissibly Joined Party,<br><br>    Plaintiff,<br><br>v.<br><br>Wal-Mart Stores, Inc., Wal-Mart Stores East, LP, and Wal-Mart Stores East, Inc.,<br><br>    Defendants. | Case No. 9:19-cv-1055-RMG<br><br>(Jury Trial Demanded) |

Supplement to Verified Petition for Settlement Approval

Pursuant to the Court's September 1, 2020 Order, Dkt. 58, the parties supplement the Verified Petition for Settlement Approval, Dkt. 56, as follows:

1. Regarding the amount of insurance available to pay damages of Defendants, under the terms of the applicable primary and umbrella liability insurance policies, Walmart, and not its insurance carrier, would be responsible for paying any judgment in this case up to $15 million.

2. The statutory beneficiaries of William Randolph West under S.C. Code § 15-51-20 are Gayla Howell West, Shellie Lynne West Hodges, and Sherry Leigh West.

3. The devisees in Mr. William Randolph West's Will were only Shellie Lynne West Hodges and Sherry Leigh West.

7564732v1/015160

4. Note that as part of a Settlement Agreement in the Probate Court for Beaufort County, Case No. 2018ES0701159, the following agreement was entered into: Gayla Howell West will receive 50% of any proceeds from the wrongful death claim and 20% of any proceeds from the survival action.

5. The creditors and the amounts of their claims as required under S.C. Code § 15-51-42(B) are listed below:

   a. Palmetto State Bank filed claims against the Estate, amounts claimed are $145,371.00, $70,664.30, and $16,535.04.

   b. Prior to death, Mr. West received a letter from the Internal Revenue Service asserting a proposed amount due of $235,233.49.

6. Note also there was a hospital bill from Doctors Hospital for $17,573.99, but the Hospital never filed a claim against the Estate. The Estate and Counsel are unaware of any liens asserted by the Hospital.

Dated: September 4, 2020

By: /s/ Ronald K. Wray, II
Ronald K. Wray, II (Fed I.D. 05763)
GALLIVAN, WHITE & BOYD, P.A.
55 Beattie Place, Suite 1200
P.O. Box 10589 Greenville, SC 29603
Telephone: (864) 271-9580
Facsimile: (864) 271-7502
rwray@gwblawfirm.com

Neal S. Manne (admitted *pro hac vice*)
Robert Rivera, Jr. (admitted *pro hac vice*)
Shawn L. Raymond (admitted *pro hac vice*)
Adam Carlis (admitted *pro hac vice*)
Susman Godfrey L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

nmanne@susmangodfrey.com
rrivera@susmangodfrey.com
sraymond@susmangodfrey.com
acarlis@susmangodfrey.com

Jesse-Justin Cuevas (admitted *pro hac vice*)
SUSMAN GODFREY L.L.P.
1400 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
jcuevas@susmangodfrey.com

*Attorneys for Defendants Wal-Mart Stores, Inc., Wal-Mart Stores East, LP, and Wal-Mart Stores East, Inc.*


By:  s/Brady R. Thomas_____
 Brady R. Thomas
 Richardson, Patrick, Westbrook & Brickman, L.L.C.
 1513 Hampton Street, 1st Floor
 Columbia, SC 29201

 Mark B. Tinsley
 Gooding and Gooding, P.A.
 P.O. Box 1000
 Allendale, SC 29812

 Roberts "Tabor" Vaux, Jr.
 P.O. Box 769
 Bluffton, SC 29910

 *Attorneys for Plaintiff Shellie Lynne West Hodges as Personal Representative of the Estate of William Randolph West*

By:  s/Dale Akins_____
 Dale Akins
 Akins Law Firm, LLC
 Post Office Box 1547
 Bluffton, South Carolina 29910
 dakins@hargray.com

 *Attorney for Plaintiff Gayla West*

7564732v1/015160

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served on the following counsel of record, this 4th day of September, 2020, as indicated below:

Alonzo J. Holloway
Brady R. Thomas
**RICHARDSON, PATRICK, WESTBROOK & BRICKMAN, L.L.C.**
1513 Hampton Street, 1st Floor
Columbia, South Carolina 29201
aholloway@rpwb.com
bthomas@rpwb.com

Dale Akins
**AKINS LAW FIRM, LLC**
Post Office Box 1547
Bluffton, South Carolina 29910
dakins@hargray.com
*Attorney for Plaintiff, Gayla West*

Mark B. Tinsley
**GOODING AND GOODING, P.A.**
P.O. Box 1000
Allendale, SC 29812
mark@goodingandgooding.com

Roberts "Tabor" Vaux, Jr.
P.O. Box 769
Bluffton, SC 29910
Tabor.vaux@vmblawfirm.com

*Attorneys for Plaintiffs
Shellie Lynn West Hodges, as
Personal Representative of the Estate of
William Randolph West*

				*/s/ Ronald K. Wray, II*
				Ronald K. Wray, II